IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS MARTEZ LEWIS, #181862** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:22-cv-177-TFM-MU |
| ) | |
| **REOSHA BUTLER, Warden,** ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION AND ORDER**

On August 9, 2024, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed with prejudice along with the denial of a certificate of appealability and leave to proceed *in forma pauperis*. *See* Doc. 11. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, it is **ORDERED** that this petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 is **DISMISSED with prejudice**. Additionally, the Court determines that Petitioner is not entitled to a Certificate of Appealability and therefore, is not entitled to appeal in forma pauperis.

A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 15th day of October, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE